THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, *v.* MAURICE REINITZ et al., Defendants, and CLARENCE H. SEIGLE et al., Respondents.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, *v.* MAX WILHELM et al., Defendants, and HERMAN STEYER et al., Respondents.

THE BROOKLYN NATIONAL BANK OF NEW YORK, Appellant, *v.* MAX KISS et al., Defendants, and LOUIS A. ROSENSTEIN, Respondent.

(Argued October 14, 1936; decided November 17, 1936.)

*Meyer Kraushaar* for appellant.

*Edward M. O. Pratt* and *Jacob Ratafia* for respondents.

In each action, judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.; CRANE, Ch. J., and CROUCH, J., taking no part.